**Opinion filed July 31, 2025**



In The

# Eleventh Court of Appeals

_____

## No. 11-25-00175-CV

_____

## EARLENE BROYLES AND FARAH NICOLE IRVIN-MATOTT, Appellants

## V.

## CALEB MATOTT, Appellee

**On Appeal from the 385th District Court**
**Midland County, Texas**
**Trial Court Cause No. CV60028**

### M E M O R A N D U M    O P I N I O N

Appellants have filed in this court an unopposed motion to withdraw their notice of appeal. In the motion, Appellants "contend that the notice of appeal in this cause is premature and move . . . to withdraw the notice of appeal." Appellants request that we dismiss the appeal "without prejudice to refiling at the appropriate

time, if necessary." Pursuant to Appellants' request for permission to withdraw their notice of appeal, we dismiss this appeal.[1]  *See* TEX. R. APP. P. 42.1(a)(1).

We grant Appellants' motion and dismiss this appeal.


JOHN M. BAILEY

CHIEF JUSTICE


July 31, 2025

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

---

[1]In granting Appellants' motion, we do not address whether the notice of appeal was prematurely filed or whether Appellants may file a subsequent notice of appeal.